Pamela A. Posch, U.S. Parole Commission, Chevy Chase, MD, for Respondent.

Before DAVIS, SMITH and DeMOSS, Circuit Judges.

PER CURIAM: *

The Parole Commission did not clearly err in its factual determinations that this homicide was intentional and not committed in the heat of passion. Under these

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

facts the commission did not err in concluding that the most analogous United States crime to the Mexican crime of simple murder was second degree murder. The findings of the Commission which were in turn gleaned from the record of the Mexican trial that particularly supported its factual determinations were: 1)a considerable delay ensued from the time of the physical encounter between the defendant and the bartenders in the "Peanuts and Beer" bar; 2)uncontradicted evidence that the defendant executed a u-turn with his automobile, turned his headlights on, crossed over into the opposing lane of travel at a high rate of speed and struck the victim.

AFFIRMED.

## Dwight T. SPRINGFIELD, Plaintiff–Appellant,

v.

## HEILIG–MEYERS FURNITURE COMPANY; Ricky Slaughter, Defendants–Appellees.

No. 04–60379.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 14, 2005.

Dwight T. Springfield, Greenville, MS, pro se.

Paul Scott Phillips, Charles Speakes Hewins, Campbell, Delong, Hagwood & Wade, Fritzie Toney Youngman, Henderson Dantone, Greenville, MS, Ronald Lee Whittington, McComb, MS, for Defendant–Appellee.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Plaintiff-appellant Springfield appeals from the district court's decision granting summary judgment on his Title VII, intentional torts, negligence and wrongful termination claims. For essentially the reasons stated in the district court's order, we AFFIRM.

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.